AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia ▼

| | |
|---|---|
| United States of America<br>v.<br><br>MARC BRU<br><br>*Defendant* | )<br>)<br>) Case No. 21CR352-JEB<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **MARC BRU**                                                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☑ Order of the Court

This offense is briefly described as follows:

Minute Entry for proceedings held before Chief Judge James E. Boasberg: Status Conference via Zoom as to MARC BRU (1) held on 6/30/2023. Defendant FAILED TO APPEAR. The Court ORDERS an arrest warrant to issue. Bond Status of Defendant: FTA; Court Reporter: Tammy Nestor; Defense Attorney: Benjamin Muse (standby counsel); US Attorney: Mike Gordon and Madison Mumma; Pretrial Officer: John Copes. (nbn) (Entered: 06/30/2023)

Date: 06/30/2023                                                                                                                 _____
                                                                                                                                          *Issuing officer's signature*

City and state:   WDC                                                                                                    Chief Judge Boasberg
                                                                                                                                          *Printed name and title*

---

|                                                Return                                                |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____<br>at *(city and state)* _____<br><br>Date: _____                                                                                 _____<br>                                                                                                                                 *Arresting officer's signature*<br><br>                                                                                                                                 _____<br>                                                                                                                                 *Printed name and title* |

**GOVERNMENT EXHIBIT 3**

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   MARC BRU

Known aliases:

Last known residence:   165 SOUTHWEST EASTMAN PKWY GRESHAM OREGON

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                  Weight:

Sex:                                                                        Race:

Hair:                                                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: